# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA S. MILLER, | : | Civil No. 3:18-cv-0858 |
| Plaintiff, | : | |
| v. | : | |
| LUZERNE COUNTY DEPT. OF CORRECTIONS, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# **ORDER**

**AND NOW**, this 14th day of May, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Plaintiff's motion for appointment of counsel (Doc. 37) is **DENIED**.

s/ Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania