# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA S. MILLER, | : | Civil No. 3:18-CV-0858 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LUZERNE COUNTY DEPT. OF CORRECTIONS, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 14th day of May, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Plaintiff's motion to amend is **DENIED.** (Doc. 36.)

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania