

**Peter J. Welsh**
Clerk of Court

Office of the Clerk

**UNITED STATES DISTRICT COURT**
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600 Fax (570) 207-5650
www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:
(717) 221-3920

Williamsport:
(570) 323-6380

*(Electronically filed)*

October 11, 2022

The Honorable Jennifer P. Wilson
United States District Judge
U.S. District Court, Middle District of Pennsylvania
228 Walnut Street, P.O. Box 11469
Harrisburg, PA 17108

Re: Report of the Mediator

<u>Miller v. Luzerne County Department of Corrections,</u> Civil No. 3: 18-CV-858

Dear Judge Wilson:

The matter is not settled. I remain available to work with the parties as they see fit. Thank you.

Sincerely,

<u>s/ *Joseph A. Barrett*</u>
Joseph A. Barrett