# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA S. MILLER, | : | Civil No. 3:18-CV-00858 |
| Plaintiff, | : | |
| v. | : | |
| LUZERNE COUNTY DEPARTMENT OF CORRECTIONS, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 18th day of November, 2022, **IT IS ORDERED THAT** the telephone conference scheduled for November 23, 2022 is **RESCHEDULED** for **November 22, 2022, at 1:30 p.m.**  The parties shall call-in to the conference call number 877-336-1828 using the access code 2529544. The court shall make arrangements with SCI-Dallas to connect Plaintiff, who is self-represented.

    s/Jennifer P. Wilson
    JENNIFER P. WILSON
    United States District Court Judge
    Middle District of Pennsylvania